---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __California__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

**1. Debtor's name**

Nations First Capital, LLC

---

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Go Capital, Go Capital Leasing, Go Capital USA, Go Construction Capital
Go Tech Capital, Go Truck Capital, Go Cap Funding, Go Funding USA
Go Lease USA, Go Leasing USA

---

**3. Debtor's federal Employer Identification Number (EIN)**

46-2217681

---

**4. Debtor's address**

**Principal place of business**

516 Gibson Dr.
Number    Street

STE 160

Roseville, CA 95678
City    State    ZIP Code

Placer
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

---

**5. Debtor's website (URL)**

www.GoCapitalUSA.com

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

---

| Debtor | Nations First Capital, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5 3 2 4 __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                           MM / DD / YYYY
         District _____ When _____ Case number _____
                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
         District _____ When _____
                                           MM / DD / YYYY
         Case number, if known _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 2

Debtor　Nations First Capital, LLC　　　　　Case number (if known)＿＿＿＿＿＿＿＿
　　　　　Name

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　Why does the property need immediate attention? (Check all that apply.)

　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　☐ It needs to be physically secured or protected from the weather.

　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

　☐ Other ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　Where is the property? ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　Number　　Street

　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　City　　　　　　　　　　　　　　　State　ZIP Code

　Is the property insured?

　☐ No
　☐ Yes. Insurance agency ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　Contact name ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　Phone ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
☐ 50-99　　　　☐ 5,001-10,000　　　☐ 50,001-100,000
☑ 100-199　　　☐ 10,001-25,000　　　☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000　　　　　　☑ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　☐ $100,000,001-$500 million　☐ More than $50 billion

Debtor **Nations First Capital, LLC**　　　Case number (if known) _____
　　　　Name

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- ☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ☐ I have been authorized to file this petition on behalf of the debtor.
- ☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2-7-2018__
　　　　　　　MM / DD / YYYY

X _____　　James Daniel Summers
Signature of authorized representative of debtor　　Printed name

Title __Managing Director__

### 18. Signature of attorney

X _____　　Date __2-7-2018__
Signature of attorney for debtor　　　　　　　　MM / DD / YYYY

__Paul J. Pascuzzi__
Printed name

__Felderstein Fitzgerald Willoughby & Pascuzzi LLP__
Firm name

__400 Capitol Mall, Suite 1750__
Number　　Street

__Sacramento__　　　　　　　　　　　　　　　__CA__　　__95814__
City　　　　　　　　　　　　　　　　　　　　State　　ZIP Code

__916-329-7400__　　　　　　　　　　　　__ppascuzzi@ffwplaw.com__
Contact phone　　　　　　　　　　　　　　Email address

__148810__　　　　　　　　　　　　　　　　__CA__
Bar number　　　　　　　　　　　　　　　　State

# RESOLUTION OF
# NATIONS FIRST CAPITAL, LLC

Nations First Capital, LLC hereby makes the following resolution:

WHEREAS, the affairs of the business of this LLC had not been successfully conducted for several months and this LLC is insolvent and unable to pay its debts as they arise.

BE IT THEREFORE RESOLVED, that the LLC file a voluntary petition for relief under Chapter 11 of Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of California, and

BE IT FURTHER RESOLVED, that James Daniel Summers, is authorized to prepare the necessary Petition and by his single signature execute all necessary documents, including Schedules of Assets and Liabilities, and Statement of Financial Affairs and bind the LLC thereby in the Chapter 11 case as the responsible officer of the LLC.

BE IT FURTHER RESOLVED, that said James Daniel Summers is authorized to engage the services of Felderstein Fitzgerald Willoughby & Pascuzzi LLP of Sacramento, California, and the firm is hereby retained to act on behalf of the LLC in connection with such proceeding.

The undersigned certifies that he is the Managing Director of Nations First Capital, LLC.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said LLC this 7th day of February, 2018.

NATIONS FIRST CAPITAL, LLC
a California limited liability company

By: _____
James Daniel Summers
Managing Director

By: _____
Evan B. Lang
Managing Director

| Fill in this information to identify the case: |
|---|
| Debtor name  Nations First Capital, LLC |
| United States Bankruptcy Court for the: __Eastern__ District of __CA__ (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Develyne Capital LLC<br>9160 Irvine Center Drive #200<br>Irvine, CA 92618 | Robert Pitts<br>rpitts@lawrwp.com<br>(949) 720-4125 | Loan | | | | $5,251,861.67 |
| 2 | Robert W. Pitts<br>9160 Irvine Center Drive #200<br>Irvine, CA 92168 | Robert Pitts<br>rpitts@lawrwp.com<br>(949) 720-4125 | Loan | | | | $3,823,599.84 |
| 3 | Pete Wilver<br>10013 E. Reflecting Mountain Way<br>Scottsdale, AZ 85262 | Pete Wilver<br>pwilver@msn.com | Loan | | | | $2,552,945.22 |
| 4 | Pete & Sandra K. Wurmer, Ttes of the Wurmer Family Trust 3/10/16<br>5912 Sky Ridge Falls Drive<br>Las Vegas, CA 89135 | Pete Wurmer<br>pwurmer@gmail.com<br>(702) 596-3621 | Loan | | | | $2,100,744.67 |
| 5 | Barry Breckon<br>5033 Duban Avenue<br>Belle Isle, FL 32812 | Barry Breckon<br>Barry@eaglerider.com<br>(407) 852-1222 | Loan | | | | $1,760,393.71 |
| 6 | Chase Mart<br>8175 Arville Street #349<br>Las Vegas, NV 89139 | Cmart101@cableone.net<br>(208) 890-2146 | Loan | | | | $1,596,119.20 |
| 7 | Moycorp, Inc.<br>424 West O'Brien Drive, #102<br>Hagatna, GU 96910 | Kmoylan@moylans.net | Loan | | | | $1,023,303.26 |
| 8 | IRA Resources, Inc.<br>fbo Robert W. Pitts<br>9160 Irvine Center Drive #200<br>Irvine, CA 92618 | Robert Pitts<br>rpitts@lawrwp.com<br>(949) 720-4125 | Loan | | | | $1,024,958.84 |

Debtor    Nations First Capital, LLC                                    Case number (if known)_____
               Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Michael Boutross<br>1419 Judson Ave.<br>Evanston, IL 60201 | Michael Boutross<br>boutross@gmail.com<br>(650) 387-8612 | Loan | | | | $1,019,054.25 |
| 10 | Thomas J. Moore Ttee of the Moore Separate Property Trust Dtd 11/2/16<br>1818 Orangethorpe Park<br>Anaheim, CA 92801 | Thomas Moore<br>jdeanoffice@gmail.com | Loan | | | | $1,019,054.25 |
| 11 | Craig and Jennifer Lyons<br>263 Avenida Vista Del Oceano<br>San Clemente, CA 92672 | Craig Lyon<br>craigleolyons@yahoo.com | Loan | | | | $978,392.94 |
| 12 | Robert W. Pitts as Ttee of the LORWPAPC 401(K) Profit Sharing Plan<br>9160 Irvine Center Drive #200<br>Irvine, CA 92618 | Robert Pitts<br>rpitts@lawrwp.com<br>(949) 720-4125 | Loan | | | | $516,635.37 |
| 13 | Kurt S. and Judith A. Moylan<br>424 West O'Brien Drive<br>Hagatna GU 96910 | kmoylan@moylans.net | Loan | | | | $510,995.89 |
| 14 | Kaleo Moylan<br>424 West O'Brien Drive<br>Hagatnu GU 96910 | kmoylan@moylans.net | Loan | | | | $510,995.89 |
| 15 | IRA Resources Retirement Trust Acct fbo Howard C. Hay<br>6825 La Jolla Blvd.<br>La Jolla, CA 92037 | Howard Hay<br>howardhay@gmail.com<br>(714) 673-6850 | Loan | | | | $419,735.31 |
| 16 | Richard Rodriguez<br>4320 Trias Street<br>San Diego, CA 92103 | Richard Rodriguez<br>rick@cadorealestate.com<br>(619) 322-9062 | Loan | | | | $407,421.00 |
| 17 | Howard Clinton Hay<br>11651 Plantero Drive<br>Santa Ana, CA 92705 | Howard Hay<br>howardhay@gmail.com<br>(714) 673-6850 | Loan | | | | $314,801.47 |
| 18 | Al & Anna Brown<br>29311 Sandalwood Court<br>San Juan Capistrano, CA 92675 | Al Brown<br>abrown@albrown.com<br>(714) 263-6441 | Loan | | | | $313,511.26 |
| 19 | American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096 | (800) 492-8468 | Trade Debt | | | | $307,567.07 |
| 20 | Jerome & Gaye Verst<br>12211 Afton Lane<br>North Tustin, CA 92705 | Jerome Verst<br>verst6@cox.net<br>(714) 345-7575 | Loan | | | | $305,565.75 |

| Fill in this information to identify the case and this filing: | | |
|---|---|---|
| Debtor Name | Nations First Capital, LLC | |
| United States Bankruptcy Court for the: | Eastern | District of CA (State) |
| Case number (*If known*): | | |

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors　　12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-7-2018
MM / DD / YYYY

X _____ (signature)
Signature of individual signing on behalf of debtor

James Daniel Summers
Printed name

Managing Director
Position or relationship to debtor