UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: NATIONS FIRST CAPITAL, LLC
a California limited liability company

Debtor(s)

Case No. 18-20668-C-11
Chapter 11

**QUARTERLY POST-CONFIRMATION REPORT FOR REORGANIZED DEBTOR**

For the Quarter Ending: 12/31/18 [1/]

The reorganized debtor hereby submits the following post-confirmation report for the above described calendar quarter:

1. Date of entry of order confirming plan:     8/30/18

2. Cash balance at the beginning of this quarter:     $ 129,912.14
   Total receipts during this quarter:     784,023.33
   Total disbursements during this quarter:     704,056.01
   Cash balance at the end of this quarter:     209879.46

3. Payments made pursuant to the Plan this quarter:     $ -

   Total payments to be made pursuant to the Plan:     $ 34,170,385.00
   Cumulative paid to date:     0
   Balance remaining to be made under the Plan:     34170385.00

---

[1/] First report shall be filed for the portion of the calendar quarter from the date of confirmation to the end of the quarter. Subsequent reports shall be filed at the expiration of each calendar quarter thereafter until dismissal, conversion, or entry of a final decree closing the case. Reports shall be filed with the Court and served upon the United States Trustee not later than twenty (20) days after expiration of the reported period.

AS OF THE END OF THIS REPORTING PERIOD:     Yes    No

4. Are all payments required by the confirmed plan current at this time?    [X] [ ]
   **[If 'NO', attach an explanatory statement identifying payments not made. Include creditor, amount, due date, reason for non-payment and an estimated date when payments will be brought current.]**

5. Do you currently anticipate a circumstance/event which will cause an interruption or cessation of payments or other performance under the Plan? **[If 'YES', attach an explanatory statement.]**    [ ] [X]

6. Have quarterly fees due to the United States Trustee as of the date of this report been paid pursuant to 28 U.S.C. § 1930(a)(6)?    [X] [ ]

7. Have all motions, contested matters and adversary proceedings been fully resolved? **[If 'NO', for each motion, contested matter or adversary proceeding, attach a statement identifying the parties and nature of the dispute and state the anticipated resolution.]**    [ ] [X]

8. Has the order confirming the Plan become non-appealable?    [X] [ ]

9. Have deposits, if any, required by the Plan been distributed pursuant to the Plan? **[If 'NO', attach an explanatory statement.]**    [X] [ ]

10. Has any property proposed by the Plan to be transferred been transferred pursuant to the Plan?    [X] [ ]

11. Does any property remain to be transferred pursuant to the Plan? **[If 'YES', attach a statement identifying each property to be transferred and the anticipated date of transfer pursuant to the Plan.]**    [ ] [X]

12. Has the Reorganized Debtor(s) or the successor of the Debtor(s) assumed the business or management of the property dealt with by the Plan?    [X] [ ]

13. Anticipated date of motion for final decree:    6/1/19

I declare under penalty of perjury that the statements set forth above are true and accurate.

01/14/19                     *[signature]*
Dated:                          Responsible Individual (signature)

                                   James D. Summers
                                   Print Name
Current Address:    516 Gibson Drive Suite 160
                                   Roseville, CA 95678

Telephone Number:    (916) 540-7286

7. Pending Claim Objections

A hearing was held on January 9, 2019 on (FWP-18) Reorganized Debtor's Objection to Claim No. 59 of Gregory L. Hawkins, Jr. (Dkt. No. 283).  At the hearing, the Court took the matter under submission.

A hearing was held on January 9, 2019 on (FWP-19) Reorganized Debtor's Objection to Claim No. 115 of Jean G. Decembre (Dkt. No. 289).  At the hearing, the Court sustained the objection and will enter a civil minute order.